IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-mc-67-NYW

IN THE MATTER OF THE SEIZURE OF FUNDS
_____

**UNITED STATES' MOTION TO RESTRICT**
_____

COMES NOW the United States of America, by and through Tonya Andrews, Assistant United States Attorney, and respectfully moves the Court for an Order restricting the Seizure Warrant, Application, and Affidavit for Seizure Warrant in the above-named matter, as well as this Motion. As grounds therefore, the United States submits the following:

1. Said Seizure Warrant, Application, and Affidavit for Seizure Warrant, and this Motion have been filed as a part of a continuing investigation.

2. The release of the information in the application and affidavit in this matter may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, danger to investigators, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Seizure Warrant, Application, and Affidavit for Seizure Warrant and Order in this matter, as well as this Motion, be restricted against everyone except attorneys and employees of the Office of the U.S. Attorney, District of Colorado, and members of law enforcement, under a Level 2 restriction, until further order of the Court.

DATED this 24th day of March 2021.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:  s/ *Tonya Andrews*
        Tonya S. Andrews
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Ste. 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: tonya.andrews@usdoj.gov
        *Attorney for the United States*

2