IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-mc-67-NYW

IN THE MATTER OF SEIZURE OF FUNDS

_____

**ORDER TO RESTRICT CASE**
_____

THIS MATTER comes before the Court on the United States' Motion to Restrict Case, and the Court being fully apprised, ORDERS that the Motion is GRANTED and this case is restricted, under Level 2, except to the employees of the United States Attorney's Office and members of law enforcement, until further order of the Court.

SO ORDERED this 24th day of March, 2021.

BY THE COURT:

_____
The Honorable Nina Y. Wang
United States Magistrate Judge