IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  21-mc-00067-NYW

IN THE MATTER OF THE SEIZURE OF FUNDS
_____

**UNITED STATES' MOTION TO UNRESTRICT CASE**
_____

COMES NOW the United States of America, by and through Tonya S. Andrews, Assistant United States Attorney, and respectfully moves the Court for an Order unrestricting the above-named matter.  As grounds therefore, the United States submits the following:

The documents in this case no longer need to be sealed since the release of the information in this matter will not substantially jeopardize the ongoing investigation.

WHEREFORE, it is respectfully requested that this case be unrestricted.

DATED this 15th day of April 2021.

                Respectfully submitted,

                MATTHEW T. KIRSCH
                Acting United States Attorney

By:  s/ *Tonya S. Andrews*
      Tonya S. Andrews
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California Street, Ste. 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: tonya.andrews@usdoj.gov
      *Attorney for the United States*