IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-mc-00067-NYW

IN THE MATTER OF SEIZURE OF FUNDS
_____

**ORDER TO UNRESTRICT CASE**
_____

THIS MATTER comes before the Court on the United States' Motion to Unrestrict Case, and the Court being fully apprised, ORDERS that the Motion is GRANTED and this case is unrestricted.

SO ORDERED this 15th day of April, 2021.

BY THE COURT:

_____
The Honorable Nina Y. Wang
United States Magistrate Judge