AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All funds held in Robinhood Account associated with email buffaloeric@gmail.com

Case No. 21-mc-67-NYW

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __State and__ District of __Minnesota__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds in Robinhood Account associated with email buffaloeric@gmail.com

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __April 7, 2021__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __U.S. Magistrate Judge Nina Y. Wang__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __9:03 am, Mar 24, 2021__           *[signature]*
                                                          Judge's signature

City and state: __Denver, Colorado__           Nina Y. Wang, U.S. Magistrate Judge
                                               *Printed name and title*

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 21-MC-67-NYW | Date and time warrant executed: 3/26/2021 4:59 pm | Copy of warrant and inventory left with: 6343 E Girard Place, Unit 326, Denver, CO |
|---|---|---|

Inventory made in the presence of :
Postal Inspector Backus

Inventory of the property taken and name of any person(s) seized:

Seizure warrant executed on March 26, 2021 to seize and restrain the Robinhood account on behalf of USPIS.
//

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*1:09 pm, Apr 21, 2021*
JEFFREY P. COLWELL, CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/26/2021

*Executing officer's signature*

Derek Backus, Postal Inspector
*Printed name and title*